1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

| | |
|---|---|
| **TRAVIS FORD, ET AL.**, | Case No.: **2:12–CV–02837 WBS–JFM** |
| Plaintiff, | |
| vs. | **ORDER EXTENDING THE TIME FOR SERVICE OF THE COMPLAINT [Local Rule 144, FRCP, Rule 4(m) and 6(b)]** |
| **COUNTY SACRAMENTO, ET AL.**, | |
| Defendants. | Courtroom:   Ctrm. 5, 14th Floor<br>Judge:   Hon. William B. Shubb<br>Trial Date:   Not Yet Assigned.<br>Complaint Filed: November 19, 2012 |

**FORD ET AL. v. COUNTY SACRAMENTO, ET AL. [USDC-EASTERN DISTRICT # 2:12–CV–02837–WBS–JFM– [PROPOSED] Order Extending the Time for Service of the Complaint**

1  This Court is in receipt of Plaintiffs' Ex Parte Application to Extend the Time for
2  Service of the Complaint.  In light of Plaintiffs initial request for extension and for good
3  cause shown in the declaration of Plaintiffs' counsel, it is hereby ORDERED that the
4  time for service of the complaint on defendants is extended until July 17, 2013.
5  **IT IS SO ORDERED.**

Dated:   February 14, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

FORD ET AL. v. COUNTY SACRAMENTO, ET AL. [USDC-EASTERN DISTRICT # 2:12−CV−02837−WBS−JFM− PROOF OF SERVICE

-1-