1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

**TRAVIS FORD, ET AL. ,**

Plaintiff,

vs.

**COUNTY SACRAMENTO, ET AL.,**

Defendants.

Case No.: **2:12−CV−02837 WBS−JFM**

**ORDER EXTENDING THE TIME FOR SERVICE OF THE COMPLAINT [Local Rule 144, FRCP, Rule 4(m) and 6(b)]**

Courtroom: Ctrm. 5, 14th Floor
Judge: Hon. William B. Shubb
Trial Date: Not Yet Assigned.
Complaint Filed: November 19, 2012

**FORD ET AL. v. COUNTY SACRAMENTO, ET AL. [USDC-EASTERN DISTRICT # 2:12−CV−02837−WBS−JFM− [PROPOSED] Order Extending the Time for Service of the Complaint**

1   This Court is in receipt of Plaintiffs' Ex Parte Application to Extend the Time for
2   Service of the Complaint.  In light of Plaintiffs initial request for extension and for good
3   cause shown in the declaration of Plaintiffs' counsel, it is hereby ORDERED that the
4   time for service of the complaint on defendants is extended until July 17, 2013.
5   **IT IS SO ORDERED.**
6
7   Dated:   February 14, 2013
8
9
10                                                       WILLIAM B. SHUBB
                                                         UNITED STATES DISTRICT JUDGE

---

FORD ET AL. v. COUNTY SACRAMENTO, ET AL. [USDC-EASTERN
DISTRICT # 2:12–CV–02837–WBS–JFM– PROOF OF SERVICE

-1-